UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER WOOD, | : | CIV. NO. 3: 02CV2058(JBA) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION AND U.S. DEPARTMENT OF JUSTICE, | : : : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | March 15, 2004 |

**NOTICE OF PROVIDING DOCUMENT TO CHAMBERS FOR
IN CAMERA INSPECTION IN COMPLIANCE WITH COURT ORDER**

On March 14, 2004, chambers of the Honorable Janet Bond Arterton, U.S.D.J., contacted the undersigned and advised that the Court wished to conduct an in camera inspection of a document that has been identified in the above-captioned case as "the Radek memo." The undersigned was advised further that the Court was ordering that the Radek memo be provided to chambers within 48 hours and that the undersigned should provide notice of the same to the plaintiff. In compliance with the Court's Order, the undersigned has this day provided the requested document to the chambers of the Honorable Janet Bond Arterton, U.S.D.J. The undersigned has also provided notice of the foregoing to the plaintiff, as evidenced by the certificate of service that follows.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
FED. BAR NO. 17984
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was sent by First Class Mail, postage paid, on March 15, 2004, to:

Alexander Wood
Newsroom
Journal Inquirer
306 Progress Dr.
Manchester, CT 06045-0510

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY