*(left margin, rotated)* Janet Bond Arterton, U.S.D.J.    Plaintiff's Motion for an In Camera Examination is

*(left margin, rotated, bottom)* 3/31/04:  Motion GRANTED on consent.  Endorsement Order #22 is VACATED and Plaintiff's Motion for an In Camera Examination is DENIED as moot by agreement of the parties.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALEXANDER WOOD,                              :    CIV. NO. 3: 02CV2058(JBA)

        Plaintiff,                        :    JUL 25   3 17 PM '03

        v.                                :    U.S DISTRICT COURT
                                             :    NEW HAVEN, CONN.
FEDERAL BUREAU OF                            :
INVESTIGATION AND U.S.                       :
DEPARTMENT OF JUSTICE,                       :

        Defendants.                       :

                                             :        July 25, 2003

## DEFENDANTS' MOTION TO RECONSIDER

Defendants respectfully request that the Court reconsider its Order filed July 22, 2003 directing the defendants to submit a document for in camera inspection.  The reasons supporting this request are set forth in the memorandum filed herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
FED. BAR NO. 17984
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700

FILED

MAR 31  3 49 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**