UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALEXANDER WOOD                         :

v.                                     :        Civil No. 3:02cv2058 (JBA)

F.B.I., DEPT OF JUSTICE                :

**JUDGMENT**

This matter came on for consideration on defendant's Motion for Summary Judgment and plaintiff's Cross-Motion for Summary Judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with these motions and, on March 31, 2004, the Court filed a Ruling and Order granting defendant's Motion for Summary Judgment and denying plaintiff's Cross-Motion for Summary Judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 31st day of March 2004.

KEVIN F. ROWE, CLERK

By_____
Betty J. Torday
Deputy Clerk

EOD_____