UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER WOOD,<br>    Plaintiff | : | Civil Action No. 3:02-cv-2058(JBA) |
| | : | |
| vs. | : | |
| | : | |
| FEDERAL BUREAU OF<br>    INVESTIGATION and<br>DEPARTMENT OF JUSTICE,<br>    Defendants | : | APRIL 5, 2004 |

PLAINTIFF'S MOTION TO CORRECT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 60, the plaintiff in the above-captioned case respectfully moves this court to correct the Judgment dated March 31, 2004 to bring it into conformity with the Court's ruling of that same date.

The Court's ruling dated March 31, 2004, reads, in relevant part, as follows:

> For the foregoing reasons, Defendant's Motion for Summary Judgment [Doc. # 19] is GRANTED in part and DENIED in part; Plaintiff's Motion for Partial Summary Judgment [Doc. # 24] is GRANTED in part and DENIED in part; ....

Ruling 42.

By contrast, the Judgment reads, in relevant part, as follows:

> [O]n March 31, 2004, the Court filed a Ruling and Order granting defendant's Motion for Summary Judgment and denying plaintiff's Cross-Motion for Summary Judgment.
>     It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

For the reasons stated in the accompanying memorandum of law, the plaintiff requests that the Judgment be corrected to conform to the Court's ruling.

1