UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDER WOOD,<br>Plaintiff | : | Civil Action No. 3:02-cv-2058(JBA) |
| vs. | : | |
| FEDERAL BUREAU OF<br>INVESTIGATION and<br>DEPARTMENT OF JUSTICE,<br>Defendants | :<br>:<br>:<br>: | APRIL 5, 2004 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO CORRECT JUDGMENT

### I.   INTRODUCTION.

The plaintiff in the above-captioned Freedom of Information Act appeal respectfully submits that the discrepancy between this Court's ruling in this case, dated March 31, 2004, and the Judgment bearing that same date stems from a mistake in the Judgment and that the Judgment should be corrected pursuant to Federal Rule of Civil Procedure 60 to conform to the ruling.

### II.   BACKGROUND.

In its ruling dated March 31, 2004, the Court summarized its conclusions as follows:

> To conclude, the Court finds that the Government may withhold the DOJ Memo under Exemption 5. The Government may also withhold the identities of the agency employees involved in the investigation at issue under Exemption 7 (C), that is, it may withhold the names of the employees on those records prepared prior to the close of the criminal investigation on December 30, 1997. The government may not withhold the identities of the employees involved in the investigation or decision-making process after the close of the criminal investigation, because these names are not subject to Exemption 6. The government also may not

1

withhold the information identifying Special Agent DiFonzo as the subject of disciplinary action or the subject of any personnel appeal.

Ruling 41-42.

In the section of the ruling headed "Conclusion," the Court went on to state, in relevant part:

> For the foregoing reasons, Defendant's Motion for Summary Judgment [Doc. # 19] is GRANTED in part and DENIED in part; Plaintiff's Motion for Partial Summary Judgment [Doc. # 24] is GRANTED in part and DENIED in part; ....

Ruling 42.

By contrast, the Judgment reads, in relevant part, as follows:

> [O]n March 31, 2004, the Court filed a Ruling and Order granting defendant's Motion for Summary Judgment and denying plaintiff's Cross-Motion for Summary Judgment.
> It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendant and the case is closed.

The ruling, which discusses in detail the legal issues in the case, is signed by a United States District Judge. The Judgment is signed by a Deputy Clerk.

### III.   DISCUSSION.

Federal Rule of Civil Procedure 60 (a) reads, in relevant part, as follows:

> Clerical mistakes in judgments, orders or other parts of the record and errors therein arising from oversight or omission may be corrected by the court at any time of its own initiative or on the motion of any party and after such notice, if any, as the court orders.

Federal Rule of Civil Procedure 60 (b) reads, in relevant part, as follows:

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; ....

2

The plaintiff respectfully submits that the Judgment issued in this case was mistaken to the extent that it differs from this Court's ruling. That the ruling, rather than the Judgment, reflects the Court's intent is evident from the fact that the ruling is signed by the United States District Judge who considered the motions at issue while the Judgment is signed by a Deputy Clerk.

IV. CONCLUSION.

For all the foregoing reasons, it is respectfully requested that the Plaintiff's Motion to Correct Judgment be granted.

Executed on April 5, 2004.

Respectfully submitted,
THE PLAINTIFF

Alexander Wood, Pro Se
Address:
Journal Inquirer, Newsroom
306 Progress Drive
P.O. Box 510
Manchester, CT 06045-0510

Telephone: (860) 646-0500, Ext. 345
Facsimile: (860) 646-9867
e-mail: manchwoods@yahoo.com

3

## CERTIFICATION OF SERVICE

This is to certify that I hand-delivered or mailed a copy of the foregoing, first class, postage prepaid, this 5th day of April, 2004 to the office of:

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY
PO BOX 1824
CONNECTICUT FINANCIAL CENTER
157 CHURCH ST
NEW HAVEN, CT 06508

*Alexander Wood*
Alexander Wood