UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER WOOD, : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 3: 02 CV 2058 (JBA) |
| v. : | |
| : | |
| FEDERAL BUREAU OF : | |
| INVESTIGATION AND U.S. : | |
| DEPARTMENT OF JUSTICE, : | |
| : | |
| Defendants. : | |
| : | |
| : | April 26, 2004 |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO CORRECT JUDGMENT

Plaintiff filed a Motion to Correct Judgment on or about April 5, 2004. In it he asserts that the Judgment entered in this case does not conform with the Court's Ruling. Defendant opposes the motion on grounds that the Judgment, read in conjunction with the Court's ruling, is neither vague nor confusing and plainly sets out the rights and obligations of the parties.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
FED. BAR NO. 17984
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing was sent by First Class Mail, postage paid, on April 26, 2004, to:

Alexander Wood
Newsroom
Journal Inquirer
306 Progress Dr.
Manchester, CT 06045-0510

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY

OppositionCorrectJudg.wpd