UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Alexander Wood** | : |
| | : |
| **v.** | :   No. 3:02cv2058 (JBA) |
| | : |
| **Federal Bureau of Investigation** | : |
| **and U.S. Department of Justice** | : |

### Corrected Judgment

This matter came on for consideration on defendant's Motion for Summary Judgment and plaintiff's Cross-Motion for Partial Summary Judgment before the undersigned.

On March 31, 2004, the Court filed a Ruling and Order granting in part and denying in part defendant's Motion for Summary Judgment, and granting in part and denying in part plaintiff's Motion for Partial Summary Judgment.

There being no issues for trial, it is therefore ORDERED and ADJUDGED that summary judgment is entered in accordance with the Court's March 31, 2004 Ruling [Doc. # 63] and the case is closed.

IT IS SO ORDERED.

/s/

_____  Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut, this 16th day of December, 2004.**