UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDER WOOD | CIVIL No. 3:02-CV-2058(JBA) |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION  and U.S. DEPARTMENT OF JUSTICE | FEBRUARY 18, 2005 |

## NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1), the Federal Bureau of Investigation hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgement or Order: Corrected Judgement (Doc. # 74) and Ruling on Motions (Doc. #63).

2. The Judgement in this action was entered on December 17, 2004

_____
PATRICK F. CARUSO
ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET
NEW HAVEN, CT   06510
(203) 821-3700
(203) 773-5373 - Facsimile