**MANDATE**

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

**FILED** 2007 APR 24 P 3:43

### JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 6th day of December, two thousand and five.

Before:      Hon. Dennis Jacobs,
                Hon. Sonia Sotomayor,
                         *Circuit Judges*
                Hon. Charles L. Brieant,
                         *District Judge**

Docket Nos. 05-0795-cv (L), 05-0963-cv (XAP)

---

ALEXANDER WOOD,

         *Plaintiff-Appellant-Cross-Appellee,*

     v.

FBI, DEPT OF JUSTICE,

         *Defendants-Appellees-Cross-Appellants.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in part, REVERSED in part, and REMANDED for further proceedings in accordance with the opinion of this Court.

                                                FOR THE COURT:
                                                ROSEANN B. MACKECHNIE, Clerk
                                                by
                                                _____
                                                Arthur M. Heller
                                                Motions Staff Attorney

---

*The Honorable Charles L. Brieant, of the United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
     DEPUTY CLERK

ISSUED AS MANDATE:    MAR 30 2006