## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ALEXANDER WOOD

       V.                     CIVIL NO.  3:02CV2058 (JBA)

F.B.I.
DEPARTMENT OF JUSTICE

### JUDGMENT

      This matter came on for consideration on remand from the United States Court of Appeal to the Honorable Janet Bond Arterton, United States District Judge.

      A corrected judgment entered on December 17, 2004 in accordance with the Court's ruling on parties motions for summary judgment entered on March 31, 2004.

      On March 30, 2006, the United States Court of Appeals entered a Mandate that Affirmed in part, Reversed in part and Remanded the case to the district court to enter judgment for the defendants.

      Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered for the defendants in accordance with the mandate and the case is closed.

      Dated at New Haven, Connecticut this 5th day of February, 2007.

                                  KEVIN F. ROWE, CLERK

                                  BY_____/s/_____
                                      Betty J. Torday
                                      Deputy Clerk

EOD_____